No. 02–6836. GRANT *v.* DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–6845. MCGEE *v.* GEORGIA. Ct. App. Ga. Certiorari denied. 

No. 02–6847. LOVERN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–6848. EVANS *v.* WHITE, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied. 

No. 02–6855. GREER *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 02–6871. BUCKLEY *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. 

No. 02–6882. STEWART *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–6897. MARTINEZ-ZAMBRANO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–6904. MCGREW *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 02–6907. AKINS *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–6908. PAPEN *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 02–6921. ROBBINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–6922. SIMMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 02–6928. TAYLOR *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 02–6941. BERROCAL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.